LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

DENNIS MORRISON,   )   No: 2:23-cv-6405-DTB
   Plaintiff,   )
               )   [~~PROPOSED~~] ORDER AWARDING
   v.   )   EAJA FEES
               )
MARTIN O'MALLEY[1]   )
 Commissioner of Social Security,   )
               )
   Defendant.   )
               )

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: April 24, 2024

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-